IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE CASE |
| | : | |
| v. | : | |
| | : | |
| ARTI JAITLY | : | 09-644-M |

**O R D E R**

AND NOW, this 15th day of June, 2009, upon consideration of the Defendant's Motion for a Preliminary Hearing, the response by the Government, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is DENIED.

BY THE COURT:

/s/ ELIZABETH T. HEY

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE